---------- Forwarded message ----------

From: **Jessi Romero** <Jessi.Romero@sos.state.co.us>

Date: Fri, Apr 30, 2021 at 1:03 PM

Subject: Trusted Build information

To:

Cc: Judd Choate <Judd.Choate@sos.state.co.us>, Hilary Rudy <Hilary.Rudy@sos.state.co.us>, Danny Casias <Danny.Casias@sos.state.co.us>, Edward Morgan <Edward.Morgan@sos.state.co.us>, Will Graham <Will.Graham@sos.state.co.us>

Good afternoon,

In advance of the upgrade to your voting system, I'm reaching out to provide guidance on how to prepare for our visit, and what procedures we all will be required to follow when we are onsite for your Trusted Build.

**COVID-19**

- CDOS staff has been fully vaccinated.
- Please find the attached document titled "COVID-19 Trusted Build Procedures_4.30.21" for a list of requirements that we all must follow.
- I would like to bring a few requirements from this document to your immediate attention:

    o "The number of Dominion and county staff will be limited based on the size of the room and the minimal amount of people required to complete the process in a safe and efficient manner."

    o "The Voting Systems Manager will advise the county and vendor of the maximum number of staff from each that may be present during the process."

        - Adams, Arapahoe, Boulder, Denver, El Paso, Jefferson, Larimer, Weld:
            - Staff will be limited to 4 CDOS, 8 Dominion & 8 county staffers.
        - All other counties:
            - Staff will be limited to 1 CDOS, 2 Dominion & 2 county staffers.

    o "No later than **one week** before the scheduled appointment, the county and Dominion must each confirm in writing (by email) the staff who will be present, and that they will adhere to these procedures during the trusted build installation. The Voting Systems Manager will not finalize a visit until confirmation is received."

1. Please send me an email at any time up to one week before your scheduled Trusted Build stating that you will comply with the requirements listed in the document, and identifying the county staff members (by name and position) who will be involved in the Trusted Build.
2. I will confirm by email that I have received your list of staff and that you will comply with the requirements.
3. CDOS staff assigned to your Trusted Build will send you an email before your visit to confirm who will be onsite and other details.

- "Only authorized state staff, county election staff and Dominion staff may be present during trusted build."

  - The onsite installation of the Trusted Build is not the time for members of the public, representatives from the local parties, or county officials other than the Clerk & Recorder to observe or ask questions about the process or any of the disinformation being pushed about the election.
  - If, when we arrive onsite, or during the process there are others present (beyond Dominion and county election staff that have been authorized, and the Clerk & Recorder) in the area where the Trusted Build will take place, we will move on to the next county. It will then be the responsibility of the Clerk and Recorder to ship equipment to Denver so it may be upgraded at a time that works for Dominion and CDOS. Once the equipment is upgraded, it will then also be your responsibility to ship the equipment back to your county.
  - We are happy to communicate with anyone who has questions or concerns about the process at any time before or after your Trusted Build date.

**Preparation & notes**

- Backup any election projects on your voting system to removeable media before our arrival.
- Please have all equipment set up per the COVID-19 guidance before our arrival. For those who do not have the space to set up your entire inventory at one time, please have a plan to seal (if necessary) and swap equipment out.
- Remove the bezels from your Samsung ICXs, should you have them. You do not need to open the base of the ICX.
- QuickHash, Libre Office, and the Aegis drive software will be installed on your EMS client or express server.

**Background checks**

- Background checks for DVS and CDOS staff are attached to this email.

We look forward to seeing everyone again! It has been far too long. Please let me know if you have any questions.