Plaintiff's Motion for Preliminary Injunction
EXHIBIT 3

(b)     The county must handle memory cards and activation cards in a secure manner at all times. The county must transfer and store any card or activation card that is not sealed in a voting machine in a secure container with at least one seal. Upon delivery and receipt, election judges or county personnel must verify, and indicate by signing and dating the chain-of custody log, that all seal numbers match those listed in the log.

(c)     The county must maintain a written or electronic log to record memory card or activation card seals and track seals for each voting unit.

(d)     The county must maintain a complete inventory of memory cards and activation cards, including which VSPC they are assigned to during an election. Before and after a VSPC opens and closes each day, the supervisor judge must verify that all cards issued to the VSPC are present. If at any time the supervisor judge cannot account for all activation cards issued to the VSPC, the supervisor judge or a member of the county election staff must immediately submit an incident report to the Secretary of State under Rule 11.7.

20.5     Access to secure areas

20.5.1   The county must change all keypad door codes or locks and vault combinations to secure areas as outlined in Rule 20.9.3, at least once per calendar year prior to the first election of the year.

20.5.2   The county must state in its security plan the name, title, and date of most recent background check for each employee with access to areas identified in Rule 20.5.3.

20.5.3   County employee access. The county may grant employees access to the codes or locks and combinations described in this Rule in accordance with the following limitations:

(a)     Access to the code, lock, or combination to ballot storage areas, counting room, location of adjudication, or tabulation workstations is restricted to employees who have successfully passed a criminal background check. Any person who has been convicted of an election offense or an offense with an element of fraud is prohibited from having access to the above areas.

(b)     Except for emergency personnel, no other individuals may be present in these locations unless supervised by one or more employees with authorized access.

(c)     In extreme circumstances, the county may request and the Secretary of State may grant exemption from the requirements outlined in this Rule.

20.5.4   Non-county employee access

(a)     All vendors who conduct work on any component of a county's voting system must conduct a criminal background check on each employee prior to the employee's work with the voting system. The vendor must affirm that the check was conducted in writing to the Secretary of State prior to the employee conducting any work. Any person convicted of an election offense or an offense with an element of fraud is prohibited from working on any component of a county's voting system.