| | |
|---|---|
| DISTRICT COURT, MESA COUNTY, COLORADO<br>Mesa County Justice Center<br>125 N. Spruce Street<br>Grand Junction, CO 81501 | DATE FILED: August 17, 2023 9:25 AM<br>FILING ID: 25ACC8B0DBF4B<br>CASE NUMBER: 2022CR371 |
| THE PEOPLE OF THE STATE OF COLORADO,<br><br>v.<br><br>TINA MARIE PETERS,<br><br>Defendant. | ▲ COURT USE ONLY ▲ |
| DANIEL P. RUBINSTEIN,<br>District Attorney*<br>JANET STANSBERRY DRAKE,<br>Special Deputy District Attorney*<br>ROBERT S. SHAPIRO,<br>Special Deputy District Attorney*<br>PO Box 20,000 - 5031<br>Grand Junction, CO  81502-5031<br>Telephone:   970-244-1730<br>Registration Number:  27473 (DPR); 27697 (JSD); 26869 (RSS)<br>*Counsel of Record | Case No. 22CR371<br><br>Div.:  9 |
| **PEOPLE'S RESPONSE TO MOTION FOR TEMPORARY RETURN OF PASSPORT** | |

COME NOW, the People of the State of Colorado, by and through their undersigned representative, and respectfully respond to the Defendant's Motion in the above-captioned case.

As grounds therefore, the People state as follows:

1. The defendant seeks a temporary return of her passport in order to obtain TSA PreCheck status.

2. TSA PreCheck is a convenience for travel, not a necessity. Ms. Peters has been given the privilege of travel over the past year and a half, and has done so without TSA PreCheck.

3. Even if TSA PreCheck was a necessity, a passport to obtain that status is not a necessity. Attached is the list of items that can be used to obtain TSA PreCheck. See Attached Exhibit 1.

4. Further, the defendant's flight risk has increased as she appears to be increasingly associated with a group who has recently been indicted in Georgia for very similar conduct. Attached Exhibit 2 is a flyer for a conference that Ms. Peters is claimed to be attending today, along with now indicted Rudy Guiliani and others who are now recently indicted for crimes associated with tampering with election equipment.

5. While this country certainly values a freedom of association, the timing of Ms. Peters requesting her passport within a week of more criminal indictments for the same or similar conduct to Ms. Peters, and her increasing association with those people in an event centered around the conduct they are charged with supports the inference that she is a flight risk.

WHEREFORE, the People respectfully request the Court DENY Defendant's Motion for Temporary Return of her Passport.

Respectfully submitted this 17th day of August, 2023.

                                Daniel P. Rubinstein
                                District Attorney

                                */s/ Daniel P. Rubinstein*

                          Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading was served electronically to the attorneys of record on this 17th day of August.

                                */s/ Haley Gonzalez*