| | |
|---|---|
| DISTRICT COURT, MESA COUNTY, COLORADO<br>Court Address:<br>MESA COUNTY JUSTICE CENTER, 125 NORTH SPRUCE STREET, GRAND JUNCTION, CO, 81501<br> THE PEOPLE OF THE STATE OF COLORADO<br>v.<br>**Defendant(s)** TINA MARIE PETERS | DATE FILED: August 11, 2022 12:52 PM<br>CASE NUMBER: 2022CR371 |
| | ⚠ **COURT USE ONLY** ⚠<br>Case Number: 2022CR371<br>Division: 9          Courtroom: |
| **DENIED: Motion and Request for Permission to Travel Out of State** | |

The motion/proposed order attached hereto: DENIED.

Before me is a motion for permission to travel out of state, filed by Defendant. I have considered the motion and the file.

Defendant is requesting to travel out of state to various locations. She seeks to travel to see her mother and her daughter. She also seeks to travel to Missouri where she would be a speaker at an unspecified event. All of this travel would occur between August 13, 2022 and August 22, 2022. There is no indication the travel is for an emergent or necessary purpose.

Defendant is on bond or summons in three separate cases, which include this case, 22M2137 (Violation of a Protection Order), and 22M364 (Obstructing a Peace Officer and Obstructing Government Operations). Defendant is also the subject of a contempt action in 22CV10.

Defendant previously violated her bond in this case by leaving on a private flight from Grand Junction to Las Vegas without informing the Court of the same. She also left a day before she informed her attorneys she would be leaving.

Roughly one week after that violation, Defendant allegedly sent an email to an individual who is named in the protection order in this case. The protection order in this case restrains Defendant from any communication with that individual.

Considering the foregoing, I decline to authorize the requested travel. The requested travel is not for an emergent or necessary purpose and, in light of the allegations across Defendant's cases, the travel restriction is necessary to ensure compliance with the conditions of bond is had.

Issue Date:  8/11/2022

*[signature]*

MATTHEW DAVID BARRETT
District Court Judge

| | | |
|---|---|---|
| DISTRICT COURT,<br>MESA COUNTY, COLORADO<br>Court Address:   125 N. Spruce Street<br>                              Grand Junction, Colorado 81501<br>Phone Number:  (970) 257-3640 | | |
| **THE PEOPLE OF THE STATE OF COLORADO,**<br><br>vs.<br><br>**TINA PETERS,**<br>**Defendant.** | | |
| | | ▢**COURT USE ONLY** ▢ |
| Attorney:<br>Name:<br>Address:<br><br>Phone Number:<br>FAX Number:<br>E-mail:<br>Atty. Reg. #: | Harvey A. Steinberg<br>Springer and Steinberg, P.C.<br>1600 Broadway, Suite 1200<br>Denver, Colorado 80202<br>(303) 861-2800<br>(303) 327-5951<br>hsteinberg@springersteinberg.com<br>9196 | Case Number: 22CR371<br><br>Div: 9 |
| **MOTION AND REQUEST FOR PERMISSION TO TRAVEL OUT OF STATE** | | |

The Defendant, Tina Peters, by and through her attorney, Harvey A. Steinberg of the law firm Springer & Steinberg, P.C., hereby moves this Court for the entry of an Order authorizing her to travel out of the state of Colorado.

**AS GROUNDS THEREFOR**, the Defendant states as follows:

1. Ms. Peters requests permission to travel from August 13th, 2022, through August 22nd, 2022, to visit family and to attend a speaking engagement, where she will be a presenter. She is scheduled to speak in Springfield, Missouri during this trip.

2. If authorized, Ms. Peters would travel as follows:

    a. On August 13th, 2022, Ms. Peters would fly from Grand Junction to Chicago, Illinois to visit her daughter. She would stay at her daughter's home.
    b. On August 15th, 2022, Ms. Peters would fly from Chicago, Illinois to Roanoke, Virginia to visit her mother. She would stay at her mother's home.
    c. On August 19th, 2022, Ms. Peters would fly from Roanoke, Virginia to Springfield, Missouri. She would stay at the University Plaza Hotel, 333 S. John Q Hammons Pkwy, Springfield, MO 65806.
    d. On August 22nd, 2022, Ms. Peters would return from Springfield, Missouri to Grand Junction, Colorado.

Attachment to Order - 2022CR371

3. It is not economical for Ms. Peters to book a flight before permission to travel is granted. However, Ms. Peters was able to book a refundable flight for August 19th, and August 22nd:

    a. August 19th, 2022, depart Roanoke VA at 7:05am; arrive in Springfield, MO at 10:10am. Flights are operated by American Airlines and there is one stop in Charlotte, NC. The flight numbers are 6161 and 5670, respectively.
    b. August 22nd, 2022, depart Springfield, MO at 10:57 am; arrive in Grand Junction, CO at 4:02pm. Flights are operated by American Airlines and there is one stop in Dallas, TX. The flight numbers are 3799 and 3932, respectively.

4. If granted, Ms. Peters will provide the Court with the other relevant flight information.

5. This case has garnered significant media attention; as a result, Ms. Peters has 'suppressed' this Motion, so that her travel details are not publicly viewable. To make these details public would pose an unwarranted security risk to Ms. Peters. Further, she does not wish to disclose the home address of her daughter or mother. If the Court requires said disclosure, Ms. Peters requests permission to file the addresses under seal, and to have them remain sealed.

**WHEREFORE**, the Defendant prays for the relief requested, and for such other and further relief as the Court deems just and proper in the premises.

**DATED** this 5th day of August, 2022.

>   Respectfully submitted,
>   SPRINGER AND STEINBERG, P.C.
>
>
>   By: */s/ Harvey A. Steinberg*
>      Harvey A. Steinberg, Reg. No. 9196
>      Attorney for Defendant
>      1600 Broadway, Suite 1200
>      Denver, Colorado  80202
>      (303) 861-2800

–2–

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 5th day of August, 2022, I served a true and correct copy of the foregoing pleading by causing same to be electronically filed on ICCES and served on all parties to this matter.

*/s/ Stephen Burstein*

Attachment to Order - 2022CR371

–3–