IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Civil Action No. 23-cv-03014-GPG

TINA PETERS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
MERRICK B. GARLAND, Attorney General of the United States, in his official capacity,
JENA GRISWOLD, Colorado Secretary of State, in her official capacity, and
DANIEL P. RUBINSTEIN, District Attorney of the Twenty-First Judicial District,
in his official capacity.

    Defendants.

## ORDER

This matter comes before me *sua sponte*. To avoid the appearance of impropriety, I conclude that I must recuse myself from this case.

Per Canon 3C of the Code of Conduct for United States Judges, "[a] judge shall disqualify himself . . . in a proceeding in which the judge's impartiality might reasonably be questioned." Similarly, under 28 U.S.C. § 455(a) "[a]ny . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." This standard is an objective one. "In applying § 455(a), the judge's actual state of mind, purity of heart, incorruptibility, or lack of partiality are not the issue." *United States v. Cooley*, 1 F.3d 985, 993 (10th Cir. 1993). Instead, the test is "whether a reasonable person, knowing all the relevant

1

facts, would harbor doubts about the judge's impartiality." *Id.* (quoting *United States v. Burger*, 964 F.2d 1065, 1070 (10th Cir.1992)).  Upon review of this matter, I conclude that my impartiality may be reasonably questioned if I continued to preside over this case, and that I therefore must recuse myself to comply with 28 U.S.C. § 455(a) and my obligations under the Code of Conduct for United States Judges.

Based on the foregoing, IT IS ORDERED:

1. That under 28 U.S.C. § 455(a), I RECUSE myself from this case; and
2. This case SHALL BE REASSIGNED pursuant to D.COLO.LCivR 40.1; and
3. Reassignment SHALL be to a District Judge of this Court as there is a pending Motion for a Preliminary Injunction (D. 8).

DATED November 28, 2023.

BY THE COURT:

Gordon P. Gallagher
United States District Judge