| | |
|---|---|
| **DISTRICT COURT, MESA COUNTY, COLORADO**<br>125 N. Spruce St.<br>Grand Junction, CO 81501<br><br>**THE PEOPLE OF THE STATE OF COLORADO**<br>    *Plaintiff*<br>v.<br><br>**TINA PETERS**<br>    *Defendant*<br><br>Attorney Name and Address:<br>Douglas I. Richards, Atty. Reg. #42148<br>Madalia W. Maaliki, Atty. Reg. #49006<br>Richards Carrington, LLC<br>1444 Blake Street<br>Denver, Colorado 80202<br>Phone:  (303) 962-2690<br>FAX:    (303) 962-2691<br>doug@richardscarrington.com<br>madalia@richardscarrington.com | DATE FILED: November 2, 2023 11:24 AM<br>FILING ID: 2F3DFDF7F9DED<br>CASE NUMBER: 2022CR371<br><br>**COURT USE ONLY**<br><br>Case No.: 22CR371<br><br>Division: 9 |
| **DEFENDANT'S RESPONSE TO PEOPLE'S REQUEST<br>FOR COURT ACTION ON PREVIOUSLY FILED MOTION** | |

　　**COMES NOW**, the Defendant Tina Peters, by and through counsel, and respectfully submits her Response to the People's Request for Court Action on Previously Filed Motion (the "People's Request").

1. The prosecution has filed the People's Request, seeking a ruling on the prosecution's previously filed Motion to Strike Endorsement of Defenses and Request for Ruling on Choice of Evils.

2. As stated in the People's Request, Defendant's prior counsel filed a Colo. R. Crim. P. 16 notice listing defenses, including a defense under C.R.S. § 18-8-102 that is a defense only to the offense of obstructing governmental operations as set forth in that statute.  Defendant is not charged with any offense under C.R.S. § 18-8-102 so the prosecution correctly notes the inapplicability of that endorsed defense to the instant indictment.

3. The People's Request also refers to the prosecution's November 14, 2022 Request for Ruling on Choice of Evils, and again requests a ruling that Defendant may not assert the choice-of-evils defense set forth in C.R.S. § 18-1-702(1).

4. Defendant has not endorsed (and does not intend to endorse) the choice-of-evils defense or otherwise invoke C.R.S. § 18-1-702(1).

5. The People's Request also references ongoing communications between the parties related to discovery and the prosecution's belief that certain evidence "is not relevant to the pending charges" and only "could be relevant if the defendant were permitted to run a choice-of-evils defense." People's Request ¶ 5.

6. The Defendant and the People will simply have to agree to disagree about the People's discovery obligations under Colo. R. Crim. P. 16, *Brady v. Maryland*, 373 U.S. 83 (1963); *People v. Bueno*, 409 P.3d 320, 326 (Colo. 2018) (citing U.S. Const. Amends. V, XIV; Colo. Const. art 2, § 25; *Brady*, 373 U.S. at 87). Further, the Defendant is not required to articulate her defenses or share trial strategy before the prosecution is required to comply with its discovery duties under Rule 16 and the Constitution. *See People v. Kilgore*, 455 P.3d 746, 751(Colo. 2020) (noting that trial court could not compel the defendant "to tip his hand vis-à-vis his investigation and the theory of his defense" or "share with the prosecution his trial strategy" prior to trial because doing so "risks lessening the prosecution's burden of proof."). That said, the People's Request is not a discovery motion. Accordingly, the Defendant will reserve further arguments for other papers.

WHEREFORE, Defendant respectfully requests that the People's Request for Court Action on Previously Filed Motion be denied as moot.

Respectfully submitted this 2nd day of November 2023.

                                                 RICHARDS CARRINGTON, LLC

                                                 By: *s/ Douglas I. Richards*
                                                 Douglas I. Richards, Reg. No. 42148

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November 2023, true and correct copies of the foregoing were served via the Colorado Courts E-Filing System upon:

Mesa County District Court
125 N. Spruce St.
Grand Junction, CO 81501

Mesa County District Attorney's Office
125 N Spruce St
Grand Junction, CO 81501

                                              RICHARDS CARRINGTON, LLC

                                              By: *s/ Claire Webb*
                                              Claire Webb, Paralegal