# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03014-NYW-SKC

TINA PETERS

    Plaintiff,

    v.

UNITED STATES OF AMERICA,
MERRICK B. GARLAND, Attorney General of the United States in his official capacity,
JENA GRISWOLD, Colorado Secretary of State, in her official capacity, and
DANIEL P. RUBINSTEIN, District Attorney of the Twenty-First Judicial District, in his official capacity,

    Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants Merrick B. Garland and the United States of America.

Respectfully submitted this 19th day of December, 2023.

    COLE FINEGAN
    United States Attorney

    s/ *Jennifer R. Lake*
    **Jennifer R. Lake**
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    Telephone: 303-454-0100
    E-mail: jennifer.lake@usdoj.gov
    Counsel for Defendants

Counsel for Defendants Garland and the
United States of America

## CERTIFICATE OF SERVICE (CM/ECF)

I certify that on December 19, 2023, I filed the foregoing with the Clerk of the Court for the District of Colorado using the CM/ECF system, which will send notification of such filing to all CM/ECF users associated with this case:

Robert J. Cynkar
rcynkar@mck-lawyers.com
Co-counsel for Plaintiff

John Case
brief@johncaselaw.com
Co-counsel for Plaintiff

Todd Starr
todd.starr@mesacounty.us
Counsel for Defendant Rubinstein

                                             *s/Jennifer R. Lake*
                                             Jennifer R. Lake
                                             Assistant United States Attorney