IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-3014-NYW-SKC

TINA PETERS

    Plaintiff,

v.

UNITED STATES OF AMERICA,
MERRICK B. GARLAND, Attorney General of the United States in his official capacity,
JENA GRISWOLD, Colorado Secretary of State, in her official capacity, and
DANIEL P. RUBINSTEIN, District Attorney of the Twenty-First Judicial District, in his official capacity,

    Defendants.

---

**UNNOPPOSED MOTION FOR LEAVE TO FILE AMENDED OPPOSITION
TO DEFENDANT RUBINSTEIN'S MOTION TO DISMISS**

---

    Plaintiff, Tina Peters, moves the Court for leave to file her Amended Opposition to Defendant Rubinstein's Motion to Dismiss.

1.    Plaintiff and her counsel have continued to verify the facts related to her Complaint in this action and have filed a First Amended Complaint to amend paragraph 126 and delete paragraphs 127 and 128 of the original complaint (ECF No. 1), which relate to the period of Plaintiff's detention following her arrest on March 9, 2022.

2. The video of the March 10, 2022, hearing in the state criminal proceedings contains a representation by Defendant Rubinstein that he was not aware of the physical condition and approaching death of Plaintiff's father after she was arrested on March 9, 2022.

3. Plaintiff will not contest Defendant Rubinstein's statement that he was not aware of the condition of Plaintiff's father before the March 10, 2022, hearing.

4. The video of the March 10, 2022, hearing also contains statements by Plaintiff's counsel that the funeral of Plaintiff's father was imminent and that the state court was willing to entertain Plaintiff's request to attend the out-of-state funeral.

5. Plaintiff's counsel has not been able to determine what efforts were made by her counsel at the time to request formal permission for her to travel to the funeral; furthermore, the records of the state proceedings available to counsel do not provide a complete explanation.

6. Plaintiff does not intend, under the circumstances, to persist in pursuing the allegation that she was not permitted to travel to her father's funeral, although this representation is not a concession that there was no interference by Defendant Rubinstein to her travel to that funeral.

7. Counsel for Defendant Rubinstein has advised us that he does not oppose this Motion.

8.     The Amended Opposition to Defendant Rubinstein's Motion to Dismiss is attached as Exhibit A.

Wherefore, Plaintiff requests an order granting her leave to file an Amended Opposition to Defendant Rubinstein's Motion to Dismiss that removes items numbered 9 and 10 on page 9 of the original Plaintiff's Opposition to Defendant Rubinstein's Motion to Dismiss previously filed in this action. A proposed order is submitted with this Motion.

December 22, 2023

                              Respectfully submitted

                              *s/Robert J. Cynkar*
                              Patrick M. McSweeney
                              Robert J. Cynkar
                              Christopher I. Kachouroff
                              Lyndsey L. Bisch
                              *McSweeney, Cynkar & Kachouroff, PLLC*
                              10506 Milkweed Drive
                              Great Falls, VA 22066
                              (703) 621-3300
                              rcynkar@mck-lawyers.com

                              John Case
                              John Case, P.C.
                              6901 South Pierce St. #340
                              Littleton CO 80128
                              (303) 667-7407
                              brief@johncaselaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

For Defendants United States of America and Merrick Garland:

Jennifer Lake
Assistant United States Attorney
United States Attorney's Office, District of Colorado
Jennifer.Lake@usdoj.gov

For Defendant Daniel Rubinstein:

Todd Starr
Mesa County Attorney
Todd.starr@mesacounty.us

I hereby certify that on December 22, 2023, I sent the foregoing to the following individuals at the email addresses set out below:

For Defendant Jena Griswold:

Michael Kotlarczyk
Senior Assistant Attorney General
Mike.Kotlarczk@coag.gov

LeeAnn Morrill
First Assistant Attorney General, Public Officials Unit
LeeAnn.Morrill@coag.gov

/s/ *Robert J. Cynkar*