IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-3014-NYW-SKC

TINA PETERS

    Plaintiff,

v.

UNITED STATES OF AMERICA,
MERRICK B. GARLAND, Attorney General of the United States in his official capacity,
JENA GRISWOLD, Colorado Secretary of State, in her official capacity, and
DANIEL P. RUBINSTEIN, District Attorney of the Twenty-First Judicial District, in his official capacity,

    Defendants.

---

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED OPPOSITION TO DEFENDANT RUBINSTEIN'S MOTION TO DISMISS

---

    This matter came before the Court on Plaintiff's Unopposed Motion for Leave to File Amended Opposition to Defendant Rubinstein's Motion to Dismiss. Based on the Motion, the Court finds that counsel conferred and that Defendant Rubinstein does not oppose the Motion. The Court finds that the requested amendment is necessary to correct factual allegations in the original pleading (Doc. No. 30).

IT IS THEREFORE ORDERED that Plaintiff is granted leave to file the Amended Opposition to Defendant Rubinstein's Motion to Dismiss, which is attached to the Motion as Exhibit A, and the Court accepts the Amended Opposition as filed.

Dated this _____ day of December 2023.

BY THE COURT

_____
Nina Y. Wang
District Judge