IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03014-NYW-SKC

TINA PETERS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,
JENA GRISWOLD, in her official capacity as Colorado Secretary of State, and
DANIEL P. RUBINSTEIN, in his official capacity as District Attorney for the Twenty-First Judicial District,

    Defendants.

## FINAL JUDGMENT AS TO DEFENDANT DANIEL P. RUBINSTEIN

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(b) and 58, the following Final Judgment as to Defendant Daniel P. Rubinstein is hereby entered.

Pursuant to the Order [Docket No. 39] of United States District Judge Nina Y. Wang, entered on January 8, 2024, it is

ORDERED that Defendant Daniel P. Rubinstein's Motion to Dismiss [Docket No. 23] is GRANTED. It is

ORDERED that Plaintiff's claims for declaratory and injunctive relief against Defendant Daniel P. Rubinstein in his official capacity are DISMISSED without prejudice. It is

ORDERED that Plaintiff's Motion for a Preliminary Injunction [Doc. 8] is DENIED as moot. It is

ORDERED that judgment is hereby entered in favor of Defendant Daniel P. Rubinstein and against Plaintiff, in light of the Court's determination that there is no just reason for delay. *See* Fed. R. Civ. P. 54(b).   It is

ORDERED that Defendant Daniel P. Rubinstein is awarded his costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 8th day of January, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/M. Smotts
M. Smotts, Deputy Clerk