IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-03014-NYW-SKC

TINA PETERS,

    Plaintiff(s),

v.

UNITED STATES,
MERRICK B. GARLAND, Attorney General of the United States in his official capacity,
JENA GRISWOLD, Colorado Secretary of State in her official capacity, and
DANIEL P. RUBINSTEIN, District Attorney of the Twenty-First Judicial District in his official capacity,

    Defendant(s).

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Tina Peters, appeals to the United States Court of Appeals for the Tenth Circuit from the Final Judgment as to Defendant Daniel P. Rubinstein entered by this Court on January 8, 2024. [ECF No. 40]

Dated: January 10, 2024      **TINA PETERS**

    By:     /s/ *Robert J. Cynkar*
            Robert J. Cynkar
            Patrick M. McSweeney
            Christopher I. Kachouroff
            Lyndsey L. Bisch
            Co-Counsel for Plaintiff
            McSweeney, Cynkar & Kachouroff, PLLC
            10506 Milkweed Drive
            Great Falls, VA 22066
            Telephone: (703) 621-3300

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

For Defendants United States of America and Merrick Garland:

Jennifer Lake
Assistant United States Attorney
United States Attorney's Office, District of Colorado
Jennifer.Lake@usdoj.gov

For Defendant Daniel Rubinstein:

Todd Starr
Mesa County Attorney
Todd.starr@mesacounty.us

I hereby certify that on January 10, 2024, I sent the foregoing to the following individuals at the email addresses set out below:

For Defendant Jena Griswold:

Michael Kotlarczyk
Senior Assistant Attorney General
Mike.Kotlarczk@coag.gov

LeeAnn Morrill
First Assistant Attorney General, Public Officials Unit
LeeAnn.Morrill@coag.gov

/s/ *Robert J. Cynkar*