IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-03014-NYW-SKC

TINA PETERS,

    Plaintiff,

v.

UNITED STATES,
MERRICK B. GARLAND, Attorney General of the United States in his official capacity,
JENA GRISWOLD, Colorado Secretary of State in her official capacity, and
DANIEL P. RUBINSTEIN, District Attorney of the Twenty-First Judicial District in his official capacity,

    Defendants.

---

### NOTICE OF PARTIAL DISMISSAL
_____

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Tina Peters, hereby gives notice that she dismisses all of her claims against Defendant Jena Griswold, who has not been served with the Complaint [ECF No. 1] or the First Amended Complaint [ECF No. 33] and has not filed an Answer or Motion for Summary Judgment in these proceedings.

                                      Respectfully submitted,
                                      TINA PETERS

| | |
|---|---|
| John Case<br>John Case, P.C.<br>6901 South Pierce St. #340<br>Littleton, CO 80128<br>(303) 667-7407<br>brief@johncaselaw. | By:<br>/s/ *Robert J. Cynkar*<br>Patrick M. McSweeney<br>Robert J. Cynkar<br>Christopher I. Kachouroff<br>Lyndsey L. Bisch<br>McSweeney, Cynkar & Kachouroff, PLLC<br>10506 Milkweed Drive<br>Great Falls, VA 22066<br>(703) 621-3300<br>rcynkar@mck-lawyers.com |

*Counsel for Plaintiff Tina Peters*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

For Defendants United States of America and Merrick Garland:

Jennifer Lake
Assistant United States Attorney
United States Attorney's Office, District of Colorado
Jennifer.Lake@usdoj.gov

For Defendant Daniel Rubinstein:

Todd Starr
Mesa County Attorney
Todd.starr@mesacounty.us

I hereby certify that on January 28, 2024, I sent the foregoing to the following individuals at the email addresses set out below:

2

<u>For Defendant Jena Griswold:</u>

Michael Kotlarczyk
Senior Assistant Attorney General
Mike.Kotlarczk@coag.gov

LeeAnn Morrill
First Assistant Attorney General, Public Officials Unit
LeeAnn.Morrill@coag.gov

/s/ *Robert J. Cynkar*