IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03014-NYW-JPO

TINA PETERS,

    Plaintiff,

v.

UNITED STATES OF AMERICA, and
MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Memorandum Opinion and Order on Motion to Dismiss entered by United States District Judge Nina Y. Wang on May 20, 2024 [Doc. 62], it is

    ORDERED that Defendants United States of America and Merrick B. Garland's Motion to Dismiss First Amended Complaint [Doc. 57] is GRANTED.  It is

    FURTHER ORDERED that Plaintiff's claims for declaratory and injunctive relief against Defendant Merrick B. Garland in his official capacity and Defendant United States are DISMISSED WITHOUT PREJUDICE.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendants United States of America and Merrick B. Garland and against Plaintiff Tina Peters.  It is

FURTHER ORDERED that the Federal Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 20th day of May, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk